ORIGINAL

FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

---

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

O R D E R

---

Luke R. Gruber has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. While the petition mentions that Gruber has "obtained a letter from the State Bar of Montana stating that I have met all requirements for admission to the State Bar of Montana (attachment)," the necessary documentation certifying that Gruber has satisfied the requirements to admission under Rule IV of the Rules for Admission to the State Bar of Montana is not provided with the petition. Therefore,

IT IS HEREBY ORDERED that petition of Luke R. Gruber is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 31 day of January, 2024.

_____
Chief Justice

_____

_____

_____

FILED

JAN 3 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____
Justices